UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | )    Mag. No. 1:13-MJ-216 |
| ROBERT L. DANSBY, JR. | ) |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on August 15, 2013. Those present at the hearing included:

(1) AUSA Chris Poole for the United States of America.
(2) The defendant, ROBERT L. DANSBY, JR.
(3) Attorney Anthony Martinez for defendant.
(4) ATF Special Agent Gray Lane.
(5) Deputy Clerk Kelli Jones.
(6) Court Reporter Shannan Andrews.

Upon being sworn, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined defendant was able to understand these proceedings.

AUSA Poole moved the Court that defendant be detained. The defendant waived his detention hearing, reserving his right to ask for a detention hearing at a later date upon motion.

### Preliminary Hearing - Proof

AUSA Poole called ATF Special Agent Gray Lane as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

### Findings

Having heard and considered the testimony of the SA Lane during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 18 U.S.C. § 922(g)(1), possession of a firearm and ammunition by a convicted felon, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1) The defendant is held to answer the charges against him in the District Court.

(2) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Thursday, August 29, 2013.**

ENTER.

                                              S /William B. Mitchell Carter
                                              UNITED STATES MAGISTRATE JUDGE